

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Homer D. Eck
County Auditor
Fayette County
LaGrange, Texas

Dear Mr. Eck:

Opinion No. O-6781

Re: Whose duty is it to collect
delinquent common school dis-
trict taxes appearing on
County Tax Rolls after the
districts are grouped with
an independent school dis-
trict? Can County Tax Rolls
showing delinquent school
taxes be transferred to an
independent school district?

We quote in part from your letter the following facts
and questions:

"Last year several Common School Districts, at
an election duly held, were grouped with Independ-
ent School Districts, and are now a part of such
Independent School Districts. Heretofore, the
County Tax Collector collected the taxes levied by
the respective Common School Districts for school
purposes. The Independent School District employs
its own assessor and collector, and therefore I
would like to have your opinion on the following
questions:

"1. Is it still the duty of the County Tax
Collector to collect delinquent taxes that were
due and delinquent the respective Common School
Districts before the grouping took place, or is
that now the duty of the Independent School Tax
Collector?

"2. If it is now the duty of the Independent
School Collector to collect the delinquent taxes
that were due the various Common School Districts
before grouping with the Independent School Dis-
tricts, what procedure is necessary to transfer
the Tax Records of the County Tax Collector to

Honorable Homer D. Eck, page 2

the Independent School Tax Collector?

" . . . "

Your first question is answered by the provisions of Article 7254, Revised Civil Statutes of Texas, which reads as follows:

"The tax collector shall be the receiver and collector of all taxes assessed upon the tax list in his county, whether assessed for the State or county, school, poor house or other purposes; and he shall proceed to collect the same according to law, and place the same when collected to the proper fund, and pay the same over to the proper authorities, as hereinafter provided."

You are therefore advised that it is still the duty of the County Tax Collector to collect delinquent taxes that were due and delinquent the respective common school districts before they were grouped with an independent school district.

The statutes nowhere make provision for a transfer of the Delinquent Tax Records from the County Tax Collector to an Independent School District Tax Collector. In the absence of such authorization, it is the opinion of this department that such records cannot be lawfully transferred.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By

Joe Fultz
Assistant

JF/JCP